## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

In Re:   NORMAN and LISA FRITZ                              Case No. 05-45778-PP

         Debtors                                              Chapter 13

NORMAN FRITZ and LISA FRITZ,

         Plaintiffs-Appellants,

                            Adv. #06-2085
   -vs-                             Case No. 07-C-1019

USA FUNDING CORPORATION and
GMAC MORTGAGE CORPORATION,

         Defendant-Respondents.

## ORDER

Based upon the foregoing stipulation and the entire record of this matter, IT IS HEREBY ORDERED that the above appeal, as it pertains to USA Funding Corporation, is hereby dismissed on its merits and with prejudice, and without attorneys' fees, costs or disbursements awarded to any party.

Dated at Milwaukee, Wisconsin, this 22nd day of January, 2008.

                                                     **SO ORDERED,**

                                                     **s/ Rudolph T. Randa**
                                                     **HON. RUDOLPH T. RANDA**
                                                     **Chief Judge**